

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | 06-658-05 |
| | : | |
| ANTHONY TRIMBLE | : | CIVIL ACTION |
| | : | 13-116 |

FILED FEB 1 8 2014 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

## ORDER

AND NOW, this 18th day of February, 2014, it is **ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 916) is **DENIED**. A certificate of appealability will not issue.[1]

_____
ANITA B. BRODY, J.

Copies VIA ECF on 2/19 to: AUSA      Copies MAILED on 02-18-2014 to: Anthony Trimble, Deft

O:\ABB 2014\L - Z\USA v. Trimble 2255 Order.docx

---

[1] In the Third Circuit, a certificate of appealability is granted only if the petitioner makes: "(1) a credible showing that the district court's procedural ruling was incorrect; and (2) a substantial showing that the underlying habeas petition alleges a deprivation of constitutional rights." *Morris v. Horn*, 187 F.3d 333, 340 (3d Cir. 1999). Trimble has not made such a showing.

1