IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **Criminal No.   06-658-05** |
| **ANTHONY TRIMBLE, and** : | |
| **BANK OF AMERICA, N.A.**<br>**800 Samoset Drive** : | |
| **Newark, DE 19713,** : | |
| **Garnishee.** : | |

# O R D E R

AND NOW, this ___5th___ day of ___August___, 2020, upon consideration of the government's application pursuant to 28 U.S.C. § 3205(c) and 18 U.S.C § 3613(a) requesting the Court to issue a Writ of Garnishment for purposes of collecting a financial judgment owed by the defendant in the above-captioned case, for cause shown, the Court concludes that the application should be granted and the Writ should be issued, and, therefore, it is hereby

ORDERED that the Application of United States of America to Issue Writ of Garnishment is GRANTED; and it is further

ORDERED that the Clerk of Court shall issue the attached Writ of Garnishment and notice form; and it is further

- 2 -

ORDERED that the Clerk of Court shall provide three certified copies of the Writ of Garnishment and Clerk's Notice of Writ of Garnishment and Request for Hearing Form to counsel for the government.

S/Anita B. Brody

**HONORABLE ANITA B. BRODY**
**United States District Judge**